# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT JAMES WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1277C |
| v. | ) | |
| | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE THE TIME TO FILE ITS REPLY TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM REGARDING DEFENDANT'S CONSOLIDATED MOTION TO DISMISS OR FOR SUMMARY JUDGMENT, AND PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Robert James Walton respectfully moves to enlarge the time to file its Reply to Defendant's Supplemental Memorandum Regarding Defendant's Consolidated Motion to Dismiss or for Summary Judgment, and Plaintiff's Cross-Motion for Summary Judgment. Plaintiff moves to enlarge the time by twenty-one (21) days, from November 27, 2006 to December 18, 2006. Plaintiff has contacted Defendant's counsel, and Defendant's counsel does not oppose this motion.

## I. ARGUMENT

In this copyright infringement suit, cross-motions for summary judgment remain pending before this Court. On August 2, 2006, this Court ordered the parties to submit supplemental memoranda relating to the cross-motions on a schedule set forth by this Court. Plaintiff filed his Supplemental Memorandum on September 29, 2006, in accordance with this Court's schedule. Plaintiff's counsel was unable to attach a signed copy of the Declaration of Robert J. Walton until October 11, 2006, due to communication delays with Mr. Walton as a result of his incarceration at FPI-Florence. In an Order dated October 27, 2006, this Court

granted Defendant an extension from October 30, 2006 until November 13, 2006 to file its Supplemental Memorandum, ordering Plaintiff to file his reply no later than November 27, 2006. Plaintiff did not oppose the request.

Plaintiff respectfully requests an enlargement of time to investigate the additional arguments raised by Defendant in its Supplemental Memorandum, including its argument that the government is entitled to a "shop right" in Mr. Walton's copyrighted work. Furthermore, Plaintiff respectfully requests additional time due to the intervening Thanksgiving holiday and to ensure adequate time for client communication.

## II. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff's unopposed request for an enlargement of time.

Respectfully submitted,

s/Sarah L. Wilson
Christopher N. Sipes
Sarah L. Wilson
Scott C. Weidenfeller
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
Attorneys for Plaintiff

Dated: November 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 15, 2006, I caused the foregoing Plaintiff's Unopposed Motion to Enlarge the Time to File Its Reply to Defendant's Supplemental Memorandum Regarding Defendant's Consolidated Motion to Dismiss or for Summary Judgment, and Plaintiff's Cross-Motion for Summary Judgment to be served by first class mail, postage prepaid, on the following counsel:

Robert G. Hilton
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

____________________________
Scott Weidenfeller