# In the United States Court of Federal Claims

No. 04-1277 C
(Filed: November 16, 2006)

| | |
|---|---|
| ROBERT JAMES WALTON, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On November 15, 2006, plaintiff in the above-captioned case filed an unopposed motion for a 21-day enlargement of time in which to file the reply memorandum presently due on November 27, 2006. Plaintiff's motion is **GRANTED**.

Accordingly, plaintiff shall file his reply memorandum **no later than Monday, December 18, 2006**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge