# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT JAMES WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1277C |
| v. | ) | |
| | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE THE TIME TO FILE SUPPLEMENTAL MEMORANDA**

Plaintiff Robert James Walton respectfully moves to enlarge the time to file a Supplemental Memorandum and Reply Memorandum on the issues identified in the Court's Order of January 9, 2007. Plaintiff moves to enlarge the supplemental briefing schedule by fourteen (14) days, from February 9, 2007 to February 23, 2007 for the parties' opening briefs, and from February 23, 2007 to March 9, 2007 for the parties' responsive briefs. Plaintiff has contacted Defendant's counsel, and Defendant's counsel does not oppose this motion.

## I. ARGUMENT

In this copyright infringement suit, cross-motions for summary judgment remain pending before this Court. On January 9, 2007, the Court issued a six-page Order identifying additional issues for supplementary briefing and setting an expedited schedule for simultaneous opening and responsive briefs. Due to medical complications requiring hospital treatment during the month of January 2007, Plaintiff's counsel seeks a brief enlargement of time to complete the supplementary briefing cycle in this case. Defendant does not object to the proposed enlargement of time, which would preserve the simultaneous nature of the schedule ordered by the Court on January 9, 2007.

## II. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff's unopposed request for an enlargement of time, and Order that Plaintiff and Defendant file supplemental briefs on the issues identified in the Court's January 9, 2007 Order on February 23, 2007, and responsive supplemental briefs on March 9, 2007.

Respectfully submitted,

s/Sarah L. Wilson
Christopher N. Sipes
Sarah Wilson
Scott Weidenfeller
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
Attorneys for Plaintiff

Dated: February 5, 2007