# In the United States Court of Federal Claims

No. 04-1277 C
(Filed: February 6, 2007)

***********************************
ROBERT JAMES WALTON, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On February 5, 2007, plaintiff in the above-captioned case filed Plaintiff's Unopposed Motion to Enlarge the Time to File Supplemental Memoranda. Plaintiff's request is **GRANTED**.

Accordingly, the parties shall file their supplemental briefs **no later than Friday, February 23, 2007**, and their response briefs **no later than Friday, March 9, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge