# In the United States Court of Federal Claims

No. 04-1277 C
(Filed: April 19, 2007)

| | |
|---|---|
| ROBERT JAMES WALTON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

The court is prepared to hear oral argument in the above-captioned case on Defendant's Consolidated Motion to Dismiss and for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment. By **no later than Friday, May 4, 2007**, the parties shall confer and then contact the court with suggested dates and times for the argument. The parties may contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule the argument.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge