# In the United States Court of Federal Claims

No. 04-1277 C
(Filed: May 3, 2007)

*****************************************
ROBERT JAMES WALTON, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*****************************************

## ORDER

The court will hear argument on Defendant's Consolidated Motion to Dismiss and for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment on **Thursday, June 7, 2007, at 2:00 p.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge