# In the United States Court of Federal Claims

No. 04-1277 C
(Filed: June 7, 2007)

***********************************
ROBERT JAMES WALTON, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

The court heard argument on Defendant's Consolidated Motion to Dismiss and for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment on June 7, 2007. During the course of the argument, the court brought Judge Lawrence Block's decision in Blueport Co. v. United States, No. 02-1622C, 2007 WL 1321740 (Fed. Cl. May 7, 2007), to the attention of the parties. Blueport Co. includes an extensive discussion of 28 U.S.C. § 1498(b), and held that the provisos contained therein were jurisdictional in nature. 2007 WL 1321740, at *16, 18.

The following proviso from 28 U.S.C. § 1498(b) is relevant to the case at bar:

> Provided, however, That this subsection shall not confer a right of action on any copyright owner or any assignee of such owner with respect to any copyrighted work prepared by a person while in the employment or service of the United States, where the copyrighted work was prepared as a part of the official functions of the employee, or in the preparation of which Government time, material, or facilities were used . . . .

28 U.S.C. § 1498(b). The court previously has solicited analysis from the parties concerning whether plaintiff was "in the employment or service of the United States." The parties responded with supplemental memoranda filed on September 29, 2006; November 9, 2006; and December 18, 2006. However, the parties have not yet had an opportunity to brief the issue of whether the provisos contained in 28 U.S.C. § 1498(b) are jurisdictional in nature, as Judge Block held in Blueport Co., or merely serve as affirmative defenses, as so characterized by Judge Moody Tidwell in Herbert v. United States, 36 Fed. Cl. 299, 313 & n.8 (1996). At oral argument, the parties expressed their desire to be heard on the issue.

The parties suggested dates for the filing of additional legal memoranda. Accordingly, the parties shall file briefs on this limited issue **no later than Monday, July 23, 2007**. The parties shall file responsive briefs, if necessary, **no later than Monday, August 13, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge