# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT JAMES WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1277C |
| v. | ) | |
| | ) | Judge Margaret M. Sweeney |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE THE TIME TO FILE THE PARTIES' BRIEFS IN RESPONSE TO THE COURT'S JUNE 7, 2007 ORDER**

Plaintiff Robert James Walton respectfully moves to enlarge the time to file the parties' supplemental briefs in response to the Court's June 7, 2007 Order.. Plaintiff moves to enlarge the time by twenty-one (21) days, from July 23, 2007 to August 13, 2007. As a result of this enlargement, Plaintiff moves to have the filing deadline for the parties' responsive briefs, if necessary, enlarged from August 13, 2007 to September 4, 2007. Plaintiff has contacted Defendant's counsel, and Defendant's counsel does not oppose this motion.

## I. ARGUMENT

In this copyright infringement suit, cross-motions for summary judgment remain pending before the Court. After a hearing, the Court on June 7, 2007 ordered the parties to submit supplemental memoranda relating to an issue raised by the Court at the hearing on a schedule set forth by the Court, after consultation with the parties.

Due to the press of business involving extensive out-of-town travel and a family medical emergency, Plaintiff respectfully requests an enlargement of time to file the supplemental memoranda requested by the Court, which would result in a revised briefing schedule for both parties as follows:

- **<u>August 13, 2007</u>**: Both parties file supplemental memoranda (currently due July 23, 2007).

- **<u>September 4, 2007</u>**: Both parties file responsive briefs, if necessary (currently due August 13, 2007).

## II. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff's unopposed request for an enlargement of time.

Respectfully submitted,

s/Sarah L. Wilson________________

Christopher N. Sipes
Sarah L. Wilson
Scott C. Weidenfeller
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
Attorneys for Plaintiff

Dated: July 16, 2007