# In the United States Court of Federal Claims

No. 04-1277 C
(Filed: July 18, 2007)

| | |
|---|---|
| ROBERT JAMES WALTON, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On July 16, 2007, plaintiff in the above-captioned case filed Plaintiff's Unopposed Motion to Enlarge the Time to File the Parties' Briefs in Response to the Court's June 7, 2007 Order, seeking to extend the briefing schedule by an additional twenty-one days. Plaintiff's unopposed request is **GRANTED**.

Accordingly, the parties shall file their briefs **no later than Monday, August 13, 2007**. The parties shall file responsive briefs, if necessary, **no later than Tuesday, September 4, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge