# In the United States Court of Federal Claims

**No. 04-1277 C**

**ROBERT JAMES WALTON,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed January 23, 2008, granting defendant's RCFC 12(b)(1) motion to dismiss on the grounds raised by the court sua sponte,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the amended complaint is dismissed for lack of jurisdiction. No costs.

John S. Buckley
Acting Clerk of Court

**January 23, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.