#66

ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 21 2008
U.S. COURT OF FEDERAL CLAIMS

ROBERT JAMES WALTON, )
Plaintiff, )
v. ) No. 04-1277C
) Judge Margaret M. Sweeney
THE UNITED STATES, )
Defendant. )

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Plaintiff Robert James Walton in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the following Judgment, Orders, and other decisions of the United States Court of Federal Claims:

1. Judgment entered January 23, 2008;
2. Opinion and Order entered January 23, 2008;
3. Any other adverse ruling to Plaintiff.

Respectfully submitted,

Christopher N. Sipes
Sarah L. Wilson
Scott C. Weidenfeller
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
*Attorneys for Plaintiff*

Dated: March 21, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 21, 2008, I caused a copy of the foregoing Notice of Appeal to the United States Court of Appeals for the Federal Circuit to be served by first class mail, postage prepaid, on the following counsel:

Robert G. Hilton
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Sarah L. Wilson